

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00035-CR

**EX PARTE NOEL PARKS**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-18-0000186
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellee's brief was originally due August 11, 2021. On August 13, 2021, appellee filed a motion for extension of time requesting an additional 30 days to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by September 13, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.



_____
Michael A. Cruz,
Clerk of Court